## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TROY CROOK AND FAITH CROOK**<br>   *Plaintiffs* | **CIVIL ACTION NO:** _____ |
| **VERSUS** | **JUDGE** _____ |
| **FOREMOST INSURANCE COMPANY**<br>   *Defendant* | **MAGISTRATE** _____ |

### NOTICE OF REMOVAL AND REQUEST FOR TRIAL BY JURY

### *HURRICANE IDA LITIGATION*

NOW INTO COURT, through undersigned counsel, comes FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN (incorrectly referred to in plaintiffs' Petition as "Foremost Insurance Company" and hereinafter from time to time referred to as "Foremost"), which hereby files this notice of removal of the above captioned action to the United States District Court for the Middle District of Louisiana, from the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, where said action is now pending, as provided by Title 28 U.S.C. § 1441, et seq., and respectfully shows the following:

1.

That on August 14, 2023, Troy Crook and Faith Crook, individuals of the full age of majority domiciled in Ascension Parish, filed in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana a petition for damages bearing docket number 137,860, Division "E," seeking to recover both contractual and extra-contractual damages and attorney's fees and naming FOREMOST INSURANCE COMPANY as defendant. FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN issued a policy of insurance to the plaintiffs, Troy

Crook and Faith Crook, that provided certain coverages to them. Said policy forms the basis of this litigation. Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, is a foreign corporation organized under the laws of the State of Michigan with its principal place of business located in Grand Rapids, Michigan; therefore, it is a Citizen of Michigan.

2.

Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, was provided a copy of plaintiffs' petition and citation, at the earliest, on or about August 21, 2023, as evidenced by the attached pleadings and citation. This was defendant's official notice of the lawsuit having been filed and properly served. *See* Citation, Notice, and Petition attached hereto as Exhibit "A."

3.

The action described above is a civil action of which this court has original jurisdiction under the provisions of Title 28 U.S.C. § 1332, in that it is a civil action between citizens of different states, and wherein the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

4.

Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, is a foreign corporation organized under the laws of the State of Michigan with its principal place of business located in Grand Rapids, Michigan. Therefore, it is a Citizen of Michigan for diversity purposes.

5.

The plaintiffs, Troy Crook and Faith Crook, are residents of the full age of majority of Ascension Parish, State of Louisiana; therefore, they are citizens of the State of Louisiana for diversity purposes.

6.

The amount in controversy in this action exceeds $75,000.00 exclusive of interest and costs. Plaintiffs provided Foremost Insurance Company Grand Rapids, Michigan with an estimate completed by Exact Building Consultants, Inc. dated December 20, 2021, totaling $56,604.17.[1] Plaintiffs further allege that defendant was in bad faith by not providing payment; thus, plaintiffs, Troy Crook and Faith Crook, are further claiming penalties and attorney's fees.[2] Plaintiffs' allegations that they are entitled to penalties and attorneys' fees shall be considered in ascertaining the amount in controversy. *See St. Paul Reinsurance Co., Ltd. v. Greenberg,* 134 F.3d 1250, 1252 (5th Cir. 1998); *see also Foret v. Southern Farm Bureau Life Ins. Co.,* 918 F.2d 534, 537 (5th Cir.1990).

7.

For the foregoing reasons, this Court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. § 1332, as this action is between the citizens of different states, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

---

[1] *See* plaintiffs' estimate competed by Exact Building Consultants, Inc. dated December 20, 2021, attached hereto as Exhibit "B."
[2] *See* plaintiff's Petition for Damages attached hereto as Exhibit "A" at ¶ 10, ¶ 17, ¶ 19, ¶¶ 22-23, and ¶¶ 25-27.

8.

This action was commenced against Foremost Insurance Company Grand Rapids, Michigan in state court on August 14, 2023, and first notice thereof was not received by this defendant prior to August 21, 2023, when Foremost was provided a copy of the plaintiffs' petition for damages. It is clear based on the plaintiffs' estimate prepared by Exact Building Consultants, Inc. and plaintiffs' demand for penalties and attorneys' fees that the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

9.

A copy of all process, pleadings and orders served upon defendant is being filed with this notice.

10.

Defendant will give written notice of the filing of this Notice of Removal in accordance with 28 U.S.C. § 1446 (d).

11.

A copy of this notice will be filed with the Clerk of the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, as is required by Title 28 U.S.C. § 1446 (d).

12.

Defendant hereby requests a trial by jury.

WHEREFORE, defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, requests that this action proceed in this Court, as an action properly removed to it.

Baton Rouge, Louisiana, this 20th day of September, 2023.

Respectfully Submitted:

**KINCHEN, WALKER, BIENVENU,
  BARGAS, REED & HELM, L.L.C.**
Two United Plaza, Suite 202
8550 United Plaza Boulevard
Baton Rouge, LA 70809
Phone: 225.292.6704
Fax:    225.292.6705
Direct: 225.923.7843
Email: vbargas@kwbbrlaw.com
           bharrell@kwbbrlaw.com
           dmcknight@kwbbrlaw.com
           mlefranc@kwbbrlaw.com

BY:  /s *VALERIE BRIGGS BARGAS*
       **VALERIE BRIGGS BARGAS**
       Louisiana Bar Roll Number 27392
       **BRIAN W. HARRELL**
       Louisiana Bar Roll Number 28439
       **DEVON B. MCKNIGHT**
       Louisiana Bar Roll Number 33507
       **MAHALIE LeFRANC KYZAR**
       Louisiana Bar Roll Number 39255

*Attorneys for Foremost Insurance Company
Grand Rapids, Michigan*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the above and foregoing *Notice of Removal and Request for Trial by Jury* has been electronically filed on September 20, 2023, with the Clerk of Court using the CM/ECF system. Notice of this filing will be forwarded to the following attorney via the Court's Electronic Filing System, email, facsimile and/or US Mail:

Ms. NyAnna Miller
Mr. Austin Marks
MORRIS BART, LLC
Pan American Life Center
601 Poydras Street, 24th Floor
New Orleans, LA  70130
Fax:  1.504.910.6537
Email:  nmiller@morrisbart.com
amarks@morrisbart.com


*S/ VALERIE BRIGGS BARGAS*
**VALERIE BRIGGS BARGAS**