UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TROY CROOK, ET AL.                                              CIVIL ACTION

VERSUS

FOREMOST INSURANCE                                     NO. 23-01327-BAJ-RLB
COMPANY

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 25th day of March, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA